IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JACKSON CORBET, | § | |
| | § | No. 67, 2025 |
| Respondent Below, Appellant, | § | |
| | § | Court Below–the Family |
| v. | § | Court of the State of |
| | § | Delaware |
| DEPARTMENT OF SERVICES | § | |
| FOR CHILDREN, YOUTH AND | § | File No. 24-09-3TK |
| THEIR FAMILIES ("DSCYF"), | § | Petition No. 24-225535 |
| | § | |
| Petitioner Below, Appellee. | § | |
| | § | |

Submitted: June 11, 2025
Decided: June 20, 2025

Before **SEITZ**, Chief Justice; **VALIHURA** and **GRIFFITHS**, Justices.

## <u>ORDER</u>

After consideration of the parties' briefs and the record below, we find it evident that the judgment of the Family Court should be affirmed on the basis of and for reasons stated in the January 21, 2025 Decision and Order.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court is affirmed.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice